UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAD EDWARDS,<br><br>     Plaintiff,<br><br>  -against-<br><br>DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>     Defendants. | 25cv9118 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 2, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: March 5, 2026
    New York, New York

         /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
       Chief United States District Judge